IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRONE H. DAVIS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **07-693 - MJR** |
| **C/O FRANCIS, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Defendant Francis' Motion to Stay Discovery **(Doc. 32)** is **GRANTED**.

Discovery is stayed as to all parties until defendant's motion for summary judgment on the issue of failure to exhaust administrative remedies **(Doc. 31)** is ruled on.

**IT IS SO ORDERED.**

**DATED: April 6, 2009.**

                                                        **s/ Clifford J. Proud**
                                                        **CLIFFORD J. PROUD**
                                                        **UNITED STATES MAGISTRATE JUDGE**