IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  NO. 97-693-SCW |
| | ) |
| BUREAU OF PRISONS, C/O ERIC FRANCIS, | ) |
| UNKNOWN PARTY, and LIEUTENANT GEORGE | ) |
| SAMPLE, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

Defendant Bureau of Prisons was dismissed on October 27, 2008 by an Order entered by United States District Judge Michael J. Reagan, (Doc. 12).

Defendants Unknown Party John Doe's 1, 2, 3, 4, and 5 were dismissed on February 2, 2010, by an Order entered by United States District Judge Michael J. Reagan, (Doc. 75).

The remaining issues came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of defendants C/O Eric Francis and George Sample.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **BUREAU OF PRISONS, C/O ERIC FRANCIS, UNKNOWN PARTY JOHN DOES 1, 2, 3, 4 and 5**, and **LIEUTENANT GEORGE SAMPLE** and against plaintiff **TYRONE H. DAVIS.**

Plaintiff shall take nothing from this action.

**DATED** this 20th day of October, 2011

NANCY J. ROSENSTENGEL, CLERK

BY: s/Angie Vehlewald
    Deputy Clerk

Approved by   s/Stephen C. Williams
    STEPHEN C. WILLIAMS
    UNITED STATES MAGISTRATE JUDGE